BENJAMIN B. WAGNER
United States Attorney
MARK J. MCKEON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the SEARCH of:<br><br>302 Fresno Street, Suite 105, Fresno, California | CASE NO. 1:15-SW-00163 BAM<br><br>ORDER TO UNSEAL AFFIDAVIT AND SEARCH WARRANT |

    IT IS HEREBY ORDERED that the Affidavit and Search Warrant be unsealed and made public record.

Dated: October 22, 2015

SHEILA K. OBERTO
U.S. Magistrate Judge